CAREY D. EBERT, CHAPTER 13 TRUSTEE, Standing Chapter 13

Date: February 22, 2019

Check No. 2193824

Check Amount: $2,285.08

### NOTICE TO DEPOSIT UNCLAIMED FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 13-42647-R | 00016 | PAUL GOINS, JR | 5 | 7757 | 2,285.08 | 0.00 | 2,285.08 |
| | | Original check written to: PEOPLES GAS LIGHT & COKE CO. 130 E. RANDOLPH DR. CHICAGO, IL 60601-6203 | | | | | |
| | | | **TOTALS** | | **$2,285.08** | **$0.00** | **$2,285.08** |